Form B16B
12/94

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **LAWRENCE FRANK GLASER**, Debtor

Case No. **11-10048**
Chapter **11**

FILED 2011 JAN -7 P 4:05 CLERK US BANKRUPTCY COURT ALEXANDRIA DIVISION

**Motion to reconsider and reinstate Case 11-10048**

I have provided my Certificate of Counseling # 00555-VAE-CC-013509888 as of January 7, 2011.

I will immediately send a certificate of service to all my creditors. (by mail)

~~I will file a certificate of service on Monday.~~

A copy of this motion is being mailed to all creditors. The relief sought is to reinstate case 11-10048.

LAWRENCE FRANK GLASER  1/7/2011

**11-10048-RGM** Lawrence Frank Glaser
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Robert G. Mayer
Date filed: 01/04/2011 Date of last filing: 01/06/2011
Debtor dismissed: 01/06/2011

# Creditors

| | |
|---|---|
| **Adnan Gereli**<br>8241-i Backlick Rd.<br>Lorton Va. 22079 | (10177243)<br>(cr) |
| **Branch Banking and Trust**<br>PO Box 1255<br>Winston-Salem NC 27102 | (10177227)<br>(cr) |
| **Brian Stowers**<br>1418 Janneys Lane<br>Alexandria Va. 22302 | (10177230)<br>(cr) |
| **Commonwealth of Virginia, Virginia Department of T**<br><br>PO Box 1115<br>Richmond, Va. 23218 | (10177237)<br>(cr) |
| **Dominion Power**<br>PO Box 26543<br>Richmond, Va. 23290 | (10177235)<br>(cr) |
| **Fairfax County, Department of Tax Administration**<br>12000 Gov. Ctr. Pkwy. Fairfax County Gvt<br>Fairfax, Va. 22035 | (10177228)<br>(cr) |
| **Fairfax Water Authority**<br>8570 Executive Park Avenue<br>Fairfax, Va. 22031 | (10177236)<br>(cr) |
| **Guy Hilsman**<br>324 E. 4th Ave<br>Windermere Florida, 34786 | (10177232)<br>(cr) |
| **Internal Revenue Service**<br>1201 North Mitsubishi Motorway<br>Bloomington, IL 61704 | (10177238)<br>(cr) |
| **Maureen Glaser**<br>10705 Averett Drive<br>Fairfax Station, Va. 22039 | (10177229)<br>(cr) |
| **Michelle Stowers**<br>1418 Janneys Lane<br>Alexandria Va. 22302 | (10177231)<br>(cr) |

**Nixon Peabody LLP**
401 Ninth Street, N.W. Suite 900
Washington, D.C. 20004

(10177240)
(cr)

**Sprint Nextel**
8014 Bayberry Road
Jacksonville Fl. 32256

(10177242)
(cr)

**Studebaker and Brackett LLP**
One Freedom Square 11911 Freedom Drive,
Reston Va. 20190

(10177241)
(cr)

**T Mobile Legal Department**
12920 SE 38th St.
Bellevue, WA 98006

(10177239)
(cr)

**Toyota Financial Services**
PO Box 5236
Carol Stream IL 60197

(10177233)
(cr)

**Verizon**
PO Box 11328
St. Petersburg FL 33733

(10177234)
(cr)